JOHN S. LEONARDO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: matthew.cassell@usdoj.gov
Attorneys for Plaintiff

CR12-2410TUC JGZ BGM

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 2113(a) |
| Stephen Holmes, | (Bank Robbery) |
| (Count 1) | (Count 1) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about December 21, 2009, at or near Tucson, in the District of Arizona, **STEPHEN HOLMES**, by force and violence, and by intimidation, did unlawfully and intentionally take from the person and presence of Caitrin Chandler at the Bank of America, located at 33 N. Stone, Tucson, Arizona, approximately $4,791.90 in United States currency, belonging to and in the care, custody, control, management, and possession of said Bank

//

of America, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

**A TRUE BILL**

/s/
_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
_____
Assistant United States Attorney

DEC 0 5 2012

REDACTED FOR
PUBLIC DISCLOSURE