JOHN S. LEONARDO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Stephen Holmes,<br><br>        Defendant. | CR 12-2410-JGZ (BGM)<br><br>**JOINT MOTION TO CONTINUE TRIAL AND PLEA DEADLINE**<br><br>(1st Request) |

It is expected that excludable delay under Title 18, United States Code, Section 3161(h)(7)(A) will occur as a result of this motion and any order based thereon.

The United States of America, through its attorneys undersigned, hereby moves this court for a continuance of the Trial Date and associated dates for 30 days, and in support states as follows:

1. This case was indicted on December 5, 2012, and is set for trial on February 6, 2013. The defendant is in custody and is currently housed at the Federal Correctional Institution in Butner, NC.

2. After the defendant was indicted, undersigned counsel for the government submitted an official request to the United States Marshal's Service to secure the defendant's presence for an initial appearance, originally scheduled for January 11, 2013.

///

3. For logistical reasons related to the defendant's transportation to the District of Arizona, the USMS has thrice requested rescheduling of the defendant's initial appearance, most recently to February 11, 2013.

4. It is unknown whether the defendant consents to this request, as he has indicated law enforcement authorities inquiring about this case speak to him through an attorney. The defendant has yet to be appointed an attorney.

5. Given the status of the case, the government is requesting a continuance of the trial date and related deadlines.

WHEREFORE, Counsel for the government and the defendant respectfully request the trial and associated deadlines be continued and reset for at least 30 days from the present dates.

Respectfully submitted this 22nd day of January, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/Matthew C. Cassell*

MATTHEW C. CASSELL
Assistant U.S. Attorney

Copy of the foregoing served by U.S. Mail this 22nd day of January, 2013, to:

Stephen Holmes
Register #76555-011
FCI Butner Medium I
Federal Correction Intitution
P.O. Box 1000
Butner, NC 27509

2